UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE #1, et al. | ) | CASE NO. 1:20-CV-00467 |
| | ) | |
| Plaintiffs | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| OHIO UNIVERSITY, et al. | ) | <u>DEFENDANT AMIR MILLER'S</u> |
| | ) | <u>MOTION FOR LEAVE TO FILE</u> |
| Defendants | ) | <u>ANSWER *INSTANTER*</u> |
| | ) | |

Defendant Amir Miller ("Miller") by and through undersigned counsel, moves this Court for leave to file instanter the attached Answer to the Plaintiffs' complaint, which was filed with this Court on February 28, 2020.

                                        Respectfully submitted,

                                        /s/ Fernando O. Mack
                                        Fernando O. Mack
                                        Reg. No.: 0062937
                                        1220 W. 6th St., Ste. 203
                                        Cleveland, OH 44113
                                        (216) 556-9610
                                        (216) 575-7664 (Fax)
                                        losmacks@msn.com

                                        Edward F. Borkowski, Jr.
                                        Reg. No.: 0087408
                                        PO Box 609151
                                        Cleveland, OH 44109
                                        (440) 477-5680
                                        (216) 472-7252 (Fax)
                                        eb@borklaw.com

                                        Attorneys for Defendant Amir Miller

CERTIFICATE OF SERVICE

This motion was filed via the Court's Electronic Filing System on March 21, 2020; notice will be provided to all parties by operation of the system.

/s/ Fernando O. Mack
Fernando O. Mack (0062937)
Edward F. Borkowski, Jr. (0087408)
Attorneys for Defendant Amir Miller